No. 98–8465. TABBAA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1357. THOMPSON ET AL. *v.* MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. Motion of Dean Crist for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–899. PLUNK *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 98–1026. WASHINGTON *v.* UNITED STATES ET AL.;
No. 98–1028. PUGET SOUND SHELLFISH GROWERS *v.* UNITED STATES ET AL.;
No. 98–1039. 26 TIDELAND AND UPLAND PRIVATE PROPERTY OWNERS ET AL. *v.* UNITED STATES ET AL.; and
No. 98–1052. ALEXANDER ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 157 F. 3d 630.

No. 98–1077. CALIFORNIANS FOR SAFE AND COMPETITIVE DUMP TRUCK TRANSPORTATION ET AL. *v.* MENDONCA ET AL. C. A. 9th Cir. Motion of California Trucking Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–1082. CALDERON, WARDEN *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (KELLY, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of respondent Horace Edwards Kelly for leave to proceed *in forma pauperis* granted. Certiorari denied.